IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


LUIS HERNANDEZ                                                                        PLAINTIFF

            v.                         Civil No. 05-5194

SHERIFF KEITH FERGUSON
and DR. NEIL MULLINS                                                             DEFENDANTS

**O R D E R**

        As it appears this case may be resolved on motion for summary judgment, the defendants

are directed to file such a motion **on or before October 20, 2006**.  Plaintiff is directed not to

respond to the motion for summary judgment until so ordered by the court.


        IT IS SO ORDERED this 28th day of August 2006.



                                        **/s/ Beverly Stites Jones**
                                        _____
                                        HON. BEVERLY STITES JONES
                                        UNITED STATES MAGISTRATE JUDGE