**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**LUIS HERNANDEZ**                                                                              **PLAINTIFF**

**v.**                              **Civil No. 05-5194**

**SHERIFF KEITH FERGUSON;**
**and DR. NEIL MULLINS**                                                                **DEFENDANTS**

### O R D E R

Now on this 20th day of June, 2007, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #32, filed May 23, 2007), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, defendants' motion to dismiss is hereby **granted and this action is dismissed with prejudice.**

**IT IS SO ORDERED.**

                                                        **/s/Jimm Larry Hendren**
                                                        **HON. JIMM LARRY HENDREN**
                                                        **UNITED STATES DISTRICT JUDGE**